**Order entered February 23, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01262-CV

### ERIK NELSON, Appellant

### V.

### JACK SHEEDY, ET AL., Appellees

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-15-01798-B**

## ORDER

Before the Court is appellant's February 21, 2017 second unopposed motion to extend time to file appellant's brief. Appellant's motion is **GRANTED**. Appellant's brief shall be filed by April 4, 2017. We caution appellant that further requests for extension of time will be disfavored.

/s/    ELIZABETH LANG-MIERS
        JUSTICE